

**NORTHWEST FEDERAL CREDIT UNION**

<u>Certified Mail</u>
<u>7019 2970 0001 3089 9285</u>
TIFFANY L CAMPBELL
559 TIFFANY CT
WARRENTON, VA 20186-2022

03/11/2020

Re: ▇▇▇▇▇▇▇
2012 CADILLAC ESCALADE-V8
VIN: 1GYS4EEJ9CR197207

Dear TIFFANY L CAMPBELL,

You are hereby notified that the above-described vehicle, which was recently repossessed by the Credit Union based upon your payment default, is stored at **L & K Recovery 703-327-5600**. The vehicle may be cured within fifteen (15) days from the date of this notice by payment of the total amount set forth below, plus storage charges of **$40.00** per day in guaranteed funds. In addition, we also require proof of insurance on this vehicle and employment and income verification. You may also cure the vehicle at any time before it is sold by payment in full of your vehicle loan, plus all expenses. The total amount necessary to cure your vehicle within **fifteen (15)** days consists of the following charges:

| | |
|---|---|
| Arrearages on the vehicle loan: | $2,173.48 |
| Payment Cycling 03/25/2020: | $ 544.08 |
| Charged Off Signature Loan: | $5,420.97 |
| Repossession Fee: | $ 550.00 |
| Total amount to cure default within 15 days: (By **03/26/2020**) | **$8,688.53** |



EXHIBIT 2

**In the event the net proceeds from the sale of the vehicle are insufficient to pay your vehicle loan in full, you will be personally liable to the Credit Union for repayment of the remaining deficiency balance.**

Any personal property which was in the vehicle at any time it was repossessed will be held for **fifteen (15)** days after which time the Credit Union disclaims any responsibility.

All payments or correspondence should be sent to us at the address in the above letterhead. Should you have any questions, please don't hesitate to contact me at 703-709-8900, Ext. 4319.

Sincerely,

Gloria
Recovery Specialist

cc: Regular mail

<u>This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.</u>

P.O. Box 1229 | Herndon VA 20172       844.709.8900 | 703.709.8900       www.nwfcu.org